The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-20, unknown parties doing business as "Mario Refunds," and the following individuals: Joseph Sager, Malik Husien, James Lee, Aslam Aliyu, and Jondry Acosta,<br><br>Defendants. | No. 2:25-cv-01682-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT JOSEPH SAGER |

Pursuant to the Stipulated Dismissal with Prejudice of Defendant Joseph Sager filed in this matter [Dkt. 26], this action is dismissed against Defendant Joseph Sager with prejudice and without attorneys' fees and costs to any party. This dismissal shall not affect plaintiffs' claim against other defendants in this action.

IT IS HEREBY ORDERED.

ORDER DISMISSING DEFENDANT SAGER - 1
(2:25-cv-01682-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

DATED this 2nd day of December, 2025.

_____
James L. Robart
UNITED STATES SENIOR DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP

By *s/ Melina E. Garcia*
Bonnie MacNaughton, WSBA #36110
Melina Garcia, WSBA #58036
Christine McFadden, WSBA #60126
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Fax: 206-757-7700
E-mail: bonniemacnaughton@dwt.com
melinagarcia@dwt.com
christinemcfadden@dwt.com

ORDER DISMISSING DEFENDANT SAGER - 2
(2:25-cv-01682-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax