The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,

Plaintiffs,

v.

Does 1-20, unknown parties doing business as "Mario Refunds," and the following individuals: Malik Husien, James Lee, Aslam Aliyu, and Jondry Acosta,

Defendants.

No. 2:25-cv-01682-JLR

STIPULATED PERMANENT INJUNCTION AS TO DEFENDANT JAMES LEE AND ~~PROPOSED~~ ORDER

NOTED FOR CONSIDERATION: JANUARY 30, 2026

*Without Oral Argument*

STIPULATED PERMANENT INJUNCTION (2:25-cv-01682-JLR)

## **STIPULATION**

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (together, "Amazon"), and Defendant James Lee and (collectively "Settling Parties"), by and through Amazon and Lee's respective counsel of record, notify the Court that the Settling Parties have reached a settlement of all claims between them in this matter.  Pursuant to the terms of that settlement, the Settling Parties stipulate and agree to entry of the permanent injunction below.

DATED this 23rd day of January, 2026.


Davis Wright Tremaine LLP                    James Lee
*Attorneys for Plaintiffs*                   *Pro Se*


By *s/* Christine McFadden                   By  *s/* James Lee
    Bonnie MacNaughton, WSBA #36110              James Lee
    Christine McFadden, WSBA #60126              11142 Hillside Glen Trl.
    920 Fifth Avenue, Suite 3300                 Houston, TX, 77065-5022
    Seattle, WA 98104-1610                       Email: dji351903@gmail.com
    Phone: 206-622-3150
    Fax: 206-757-7700
    Email: bonniemacnaughton@dwt.com
    Email: melinagarcia@dwt.com
    Email: christinemcfadden@dwt.com


//

//

//

//

STIPULATED PERMANENT INJUNCTION (2:25-cv-01682-JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## PERMANENT INJUNCTION

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendant James Lee, and his respective employees, agents, successors and assigns, and all others in active concert or participation with him, are permanently enjoined and restrained from:

1. Exploiting or abusing Amazon's ordering or return services;

2. Making false statements or misrepresentations to Amazon;

3. Engaging in any activity that defrauds Amazon into paying money or providing replacement products for illegitimate returns;

4. Engaging in any scheme or malicious activity that interacts with Amazon; and

5. Knowingly and materially assisting or engaging any other person or business entity in engaging in or performing any of the activities listed above.

Further, pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendant James Lee, and his respective employees, agents, successors and assigns, are enjoined and restrained for a period of five (5) years from the date of this order from:

1. Creating, accessing, or using, whether directly or indirectly via a third party, intermediary, or proxy, any customer or seller account on Amazon.com, or any Amazon online store around the world.

The Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the Settling Parties' settlement agreement and this Stipulated Permanent Injunction.

IT IS SO ORDERED.

DATED:  January 30, 2026.


_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

STIPULATED PERMANENT INJUNCTION (2:25-cv-01682-JLR) - 2