The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,

Plaintiffs,

v.

Does 1-20, unknown parties doing business as "Mario Refunds," and the following individuals: Malik Husien, James Lee, Aslam Aliyu, and Jondry Acosta,

Defendants.

No. 2:25-cv-01682-JLR

[~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT JAMES LEE

Pursuant to the Stipulated Dismissal with Prejudice of Defendant James Lee filed in this matter [Dkt. 30], this action is dismissed against Defendant James Lee with prejudice and without attorneys' fees and costs to any party.  This dismissal shall not affect plaintiffs' claim against other defendants in this action.

//

//

ORDER DISMISSING DEFENDANT LEE - 1
(2:25-cv-01682-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

IT IS HEREBY ORDERED.


DATED this 2nd day of February, 2026.


_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE


Presented by:

DAVIS WRIGHT TREMAINE LLP

By *s/ Christine McFadden*
Bonnie MacNaughton, WSBA #36110
Christine McFadden, WSBA #60126
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
Fax: 206-757-7700
E-mail: bonniemacnaughton@dwt.com
        christinemcfadden@dwt.com

ORDER DISMISSING DEFENDANT LEE - 2
(2:25-cv-01682-JLR)